FERRER ET· AL., DEMANDANTES Y APELANTES, *v.* TORRUELLA ET AL., DEMANDADOS Y APELADOS. ,

APELACIÓN procedente de la Corte de Distrito de Ponce en. causa sobre nulidad y cancelación, en apelación a la Corte Suprema de los Estados Unidos.

MOCIÓN del apelante para que se prepare el proyecto de exposición del caso en forma de veredicto especial.

No. 912.—Resuelto en febrero 11, 1915.

APELACIÓN PARA ANTE LA CORTE SUPREMA DE LOS ESTADOS UNIDOS—APELACIONES Y RECURSOS POR CAUSAS DE ERROR—EXPOSICIÓN DEL CASO EN FORMA DE VEREDICTO ESPECIAL.—De acuerdo con la 'Ley del Congreso de los Estados

Unidos, de abril 7, 1874, capítulo 80, párrafo 2, (18 Stat. at L. 27, 28) en las apelaciones y recursos por causas de error para ante la Corte Suprema de los Estados Unidos procedentes de las Cortes Supremas de los Territorios, cuando el caso ha sido resuelto por virtud de demanda y excepciones previas formuladas a la misma, sin haberse celebrado juicio, ni existir hecho o prueba que haya necesidad de certificar, no es necesario preparar un proyecto de exposición del caso en forma de veredicto especial, por ser suficientes las alegaciones de las partes a los efectos de la apelación.

Los hechos están expresados en la resolución.

Abogado de los apelantes: *Sr. Alfredo Arnaldo.*

Los apelados no comparecieron.

### RESOLUCIÓN.

POR CUANTO, la Ley del Congreso de los Estados Unidos, de abril 7, 1874, capítulo 80, párrafo 2, (18 Stat. at L., 27, 28) con respecto a las apelaciones y recursos por causa de error de las Cortes Supremas de los Territorios, determina:

"Que en una apelación la corte inferior preparará y certificará una relación de los hechos del caso en forma de veredicto especial en lugar de toda la prueba, así como también de las órdenes (*rulings*) dictadas por la corte sobre admisión y denegación de pruebas a las cuales se haya tomado excepción, y será remitida al Tribunal Supremo en unión de la transcripción de autos y de la sentencia o decreto."

POR CUANTO este caso fué resuelto a virtud de demanda y excepciones previas formuladas a la misma, sin haberse celebrado juicio, ni existir hecho o prueba que haya necesidad de certificar.

POR TANTO no ha lugar a preparar un proyecto de exposición del caso en forma de veredicto especial, por ser suficientes las alegaciones de las partes a los efectos de la apelación.

> *No ha lugar a preparar un proyecto de exposición del caso en forma de veredicto especial.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.